1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA A. BOERSCH (CABN 126569)
   Chief, Criminal Division
4  MAUREEN BESSETTE (CABN 165775)
   COLIN SAMPSON (CABN 249784)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3691
      Fax: (510) 637-3724
8     Email: Maureen.Bessette@usdoj.gov

9  Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  IN THE MATTER OF THE         )    No: 3:25-mj-70394-TSH
    EXTRADITION OF:              )
14                               )    Government's Filing of Extradition
                                 )    Documents on Behalf of Australia
15     BAO TU LUU                )
                                 )
16                               )
                                 )
17  _____)

18        On behalf of Australia, and as explained in the accompanying Declaration of Assistant
19  U.S. Attorney Maureen Bessette, the United States of America hereby submits a formal set of
20  documents in support of the extradition of Bao Tu Luu to Australia in this matter.
21
22        Dated: August 14, 2025                          Respectfully submitted,
23
                                                          CRAIG H. MISSAKIAN
24                                                        United States Attorney

25                                                        /s/ Maureen Bessette
                                                          _____
26                                                        MAUREEN BESSETTE
                                                          Assistant U.S. Attorney
27
28